PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO.  1:23-CR-643 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| JUSTIN WHITE, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

This matter is before the Court upon Magistrate Judge Amanda M. Knapp's Report and Recommendation ("R&R") that the Court accept Defendant Justin White's ("Defendant") pleas of guilty and enter findings of guilty against Defendant.  ECF No. 18.

On December 12, 2023, the Government filed an Information against Defendant alleging violations of 21 U.S.C. § 846, conspiracy to distribute and possess with intent to distribute methamphetamine; and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), possession with intent to distribute methamphetamine.  ECF No. 14.  The Court issued an Order referring the matter to the United States Magistrate Judge for the purpose of arraigning Defendant on the Information and receiving Defendant's guilty pleas.  ECF No. 15.

On December 18, 2023, Magistrate Judge Knapp held a hearing during which Defendant consented to the order of referral (ECF No. 17) and entered pleas of guilty to Counts 1 and 2 of the Information.  Magistrate Judge Knapp received Defendant's guilty pleas, and issued a Report recommending that this Court accept Justin White's pleas and enter a finding of guilty.  ECF No.

(1:23-CR-643)


18.

The time limitation to file objections to the Magistrate Judge's Report and

Recommendation has expired and neither party has filed objections or requested an extension of

time.

Fed. R. Crim. P. 11(b) states:

Before the court accepts a plea of guilty or nolo contendere, the defendant may be
placed under oath, and the court must address the defendant personally in open
court. During this address, the court must inform the defendant of, and determine
that the defendant understands, the following: (A) the government's right, in a
prosecution for perjury or false statement, to use against the defendant any
statement that the defendant gives under oath; (B) the right to plead not guilty, or
having already so pleaded, to persist in that plea; (C) the right to a jury trial; (D)
the right to be represented by counsel - and if necessary have the court appoint
counsel - at trial and at every other stage of the proceeding; (E) the right at trial to
confront and cross-examine adverse witnesses, to be protected from compelled
self-incrimination, to testify and present evidence, and to compel the attendance of
witnesses; (F) the defendant's waiver of these trial rights if the court accepts a
plea of guilty or nolo contendere; (G) the nature of each charge to which the
defendant is pleading; (H) any maximum possible penalty, including
imprisonment, fine, and term of supervised release; (I) any mandatory minimum
penalty; (J) any applicable forfeiture; (K) the court's authority to order restitution;
(L) the court's obligation to impose a special assessment; (M) in determining a
sentence, the court's obligation to calculate the applicable sentencing-guideline
range and to consider that range, possible departures under the Sentencing
Guidelines, and other sentencing factors under 18 U.S.C. §3553(a); and (N) the
terms of any plea-agreement provision waiving the right to appeal or to
collaterally attack the sentence.

The undersigned has reviewed the transcript and the Magistrate Judge's R&R and finds,

that in her careful and thorough proceeding, Magistrate Judge Knapp satisfied the requirements

of Fed. R. Crim. P. 11 and the United States Constitution.  Defendant was placed under oath and

determined to be competent to enter pleas of guilty.  Defendant was made aware of the charges

-2-

(1:23-CR-643)

and consequences of conviction and his rights and waiver thereof.  Magistrate Judge Knapp also correctly determined that Defendant had consented to proceed before the magistrate judge and tendered his pleas of guilty knowingly, intelligently, and voluntarily.  Furthermore, the magistrate judge also correctly found that there was an adequate factual basis for the pleas.

Upon *de novo* review of the record, the Report and Recommendation is adopted. Therefore, Defendant Justin White is adjudged guilty of Counts 1 and 2 of the Information, conspiracy to distribute and possess with intent to distribute methamphetamine, and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846 and  21 U.S.C. §§ 841(a)(1) and (b)(1)(C), respectively.


IT IS SO ORDERED.


_____January 12, 2024_____                    */s/ Benita Y. Pearson*_____
Date                                           Benita Y. Pearson
                                               United States District Judge

-3-